THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dale O. Watson,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 03-UP-155
Submitted January 10, 2003  Filed February 
 20, 2003   

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. 
 Stacey, of Columbia; Dale O. Watson, of Clinton; for Appellant.
Deputy Director for Legal Services Teresa A. Knox; Legal Counsel 
 Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Dale O. Watson appeals the 
 revocation of fifteen months of his probation.  Watsons appellate counsel has 
 petitioned to be relieved as counsel, stating he had reviewed the record and 
 has concluded Watsons appeal is without merit.  The issue briefed by counsel 
 concerns whether under S.C. Code Ann. § 24-21-460 (1989), the trial court judge 
 abused his discretion in revoking fifteen months of Watsons probation. Watson 
 has not filed any materials on his own behalf.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Watsons appeal 
 and grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
Hearn, CJ., Goolsby, and Shuler, JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.